UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| CHERYL RUNNELS, an individual | ) ) ) | 2:10-CV-00929-PMP-RJJ |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | **ORDER** |
| STATE OF NEVADA on relation of the NEVADA DIVISION OF PAROLE AND PROBATION, an agency, | ) ) ) ) | |
| Defendants. | ) ) | |

Before the Court for consideration is Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. #13), filed on October 6, 2010.  To date Plaintiff has failed to file a timely Response in Opposition to Defendants' Motion and pursuant to the Local Rules of Practice of this Court, Plaintiff thereby consents to the granting of the relief requested.  Moreover, a reading of Defendants' motion to dismiss indicates the relief requested is warranted because Plaintiff has failed exhaust her administrative remedies.

**IT IS THEREFORE ORDERED that** Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. #13) is **GRANTED**.

DATED: October 27, 2010.

_____
PHILIP M. PRO
United States District Judge