UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| CHERYL RUNNELS,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA on relation of the NEVADA DIVISION OF PAROLE AND PROBATION, an agency,<br><br>        Defendants. | 2:10-CV-00929-PMP-RJJ<br><br>**ORDER** |

Before the Court for consideration is Plaintiff Cheryl Runnels First Motion to Amend Complaint (Doc. #17), filed on October 28, 2010. On November 10, 2010, Defendant State of Nevada on relation of the Nevada Division of Parole and Probation filed a Motion to Strike Fugitive Document (Doc. #18), both motions are fully briefed.

Having read and considered the foregoing, the Court concludes that although Plaintiff's effort to amend her Complaint is procedurally improper, principles of equity and fairness dictate that the relief requested should be granted.

**IT IS THEREFORE ORDERED that** Plaintiff Cheryl Runnels' First Motion to Amend Complaint (Doc. #17) is **GRANTED,** and that Defendant State of Nevada on relation of the Nevada Division of Parole and Probation's Motion to Strike Fugitive Document (Doc. #18) is **DENIED**.

DATED: December 22, 2010.

_____
PHILIP M. PRO
United States District Judge